UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>LUIS HERRERA, JR,<br><br>                    Defendant. | Case No.:  10cr4988(1)-BEN<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE UNDER THE FIRST STEP ACT, 18 U.S.C. § 3582(c)(1)(A)**<br><br>**[ECF No. 128]** |

## I.    INTRODUCTION

Before the Court is Luis Herrera, Jr.'s motion for compassionate release under the First Step Act, 18 U.S.C. § 3582(c)(1)(A).  According to the U.S. Bureau of Prisons, Luis Herrera, Jr., Register No. 23176-298, was released from custody on July 9, 2021.  Petitioner has been granted the relief he sought with this motion (*i.e.*, to be released).

The case or controversy requirement of Article III of the Federal Constitution deprives the Court of jurisdiction to hear moot cases.  *Iron Arrow Honor Soc'y v. Heckler*, 464 U.S. 67, 70 (1983); *NAACP., Western Region v. City of Richmond*, 743 F.2d 1346, 1352 (9th Cir. 1984).  A case becomes moot if the "the issues presented are no longer 'live' or the parties lack a legally cognizable interest in the outcome." *Murphy v. Hunt*, 455 U.S. 478, 481 (1984).  When a prisoner is released from custody, his motion for compassionate release becomes moot because there is no further relief

this Court can provide.

## ORDER

For the reasons set forth above, IT IS ORDERED that the motion be denied.

**IT IS SO ORDERED.**

DATED:   November 23, 2021

_____
HON. ROGER T. BENITEZ
United States District Judge